HENRY ZEIDNER, Respondent, v. LOUIS POLONSKY, Appellant.— Order modified by authorizing the continuance of the business during the pendency of the action by the defendant upon his executing and filing an undertaking with the clerk in the sum of $10,000 to the effect that he will obey all orders of the court in the action and perform all things which the judgment requires him to perform. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

LAWRENCE E. TICE, Respondent, v. ALEXANDER WILSON, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of Proving the Last Will and Testament of JOHANNES DYONISIUS EUGENIUS MARIA DE RIDDER, also Known as JEAN EUGENE MARIE DE RIDDER, also Known as EUGENE DE RIDDER, Deceased, as a Will of Real and Personal Property. STANISLAUS P. M. C. DE RIDDER, Appellant; ELISE F. H. WALTER, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

TEFFT JOHNSON, Appellant, v. THE WILLIAM FOX VAUDEVILLE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of CORNELIUS FOLEY, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present— Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY v. TITLE GUARANTEE AND TRUST COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ISAAC WEIL v. JAMES ROSENBERGER.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ISAAC WEIL v. JAMES ROSENBERGER.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

RUDOLPH RAPP v. MORRIS WOLBURG and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

IVERSON B. CLARKE v. FEDERAL SIGNAL COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ABE SILVERSTEIN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM GERAGHTY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

WALTER BENDER v. JOSEPH C. GOREY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.